IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | ) | |
|---|---|---|
| MCGARRY | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No.   1:18-cv-00149 |
| | ) | |
| LAKESHORE MANAGEMENT, INC. et al | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**REPORT OF NEUTRAL**

A __mediation__ session was held in the above captioned matter on __December 11, 2018__.

The case (please check one):

     X____ has resolved

     _____ has resolved in part (see below)

     _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

_____

Dated: __December 14, 2018__

S/ Kenneth J. Benson
_____
Signature of Neutral

Rev. 09/11