# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mae McGarry, | CIVIL DIVISION |
| Plaintiff, | No. 1:18-cv-00149 |
| v. | |
| Lakeshore Management, Inc. and Janine Tollett, | |
| Defendants. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, each party shall bear their own attorneys' fees and costs unless otherwise agreed by the parties in writing.

Dated this 13th day of February 2019.

| | |
|---|---|
| s/ Robert Bracken | /s/ William J. Gagliardino |
| Robert A. Bracken | William J. Gagliardino, Esquire |
| Bracken Law Firm, LLC | Bunker & Ray |
| BNY Mellon Center | 120 Fifth Ave., Suite 2201 |
| 500 Grant St., Suite 2900 | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15219 | Attorney for Defendant |
| Attorney for Plaintiff | |